## COURT OF APPEALS.

WELLS respondent agt. DANFORTH appellant.

The two years limitation, by the statute, for bringing an appeal to this court, begins to run from the date of the *entry of the order for final judgment in the court below.*    (*See Bank of Geneva agt. Hotchkiss,* 5 *How. Pr. Rep.* 478, *to the same point.*)

*September Term,* 1852.    The order for final judgment in the Supreme Court in this case was entered in May 1849; but the judgment was not perfected (docketed) until the 4th of December 1849.

An appeal was taken and notice served by the appellant on the 3d December 1851.

The respondent moved to dismiss the appeal, on the ground that more than two years had elapsed from the time of the entry of the order for final judgment in the Supreme Court, before the appeal was brought.

The appellant read an affidavit that the respondent's attorney had never served upon the attorneys of the appellant a copy of any order of the final determination or judgment of the Supreme Court.

W. WELLS, *Attorney,* and

JOHN H. REYNOLDS, *Counsel for Respondent.*

SANFORD & DANFORTH, *Attorneys,* and

R. W. PECKHAM, *Counsel for Appellant*

. The court granted the motion to dismiss the appeal on the ground that it had not been brought within two years from the entry of the order for final judgment in the Supreme Court.

There were some terms, by way of costs, imposed upon the respondent, on granting this motion, having relation to a former motion to dismiss the appeal on other grounds.